**91–2132.** State v. McCarthy. *Montgomery County*, No. CA 12123. On motion for leave to file *amicus* of Ohio Association of Criminal Defense Lawyers. Motion granted.

HOLMES, J., dissents.

**91–2137.** State v. Campbell. *Hamilton County*, No. C–890330. On motion for leave to supplement the record. Motion granted.

DOUGLAS, J., dissents.

**91–2327.** Rickenbacker Port Auth. v. Limbach. Board of Tax Appeals, No. 87–G–1356. On request for oral argument. Request granted.

HOLMES and RESNICK, JJ., dissent.

**91–2374.** State, ex rel. Washington Twp., v. Delaware Cty. Bd. of Commrs. In Mandamus. On motion to dismiss. Motion to dismiss overruled.

HOLMES, J., not participating.

On motion to add party respondent. Motion granted.

HOLMES, J., not participating.

**91–2384.** Tokles & Sons, Inc. v. Midwestern Indemn. Co. *Lucas County*, No. L–89–395. On motion to reconsider granting of extension of time. Reconsideration granted and extension denied.

HOLMES and H. BROWN, JJ., dissent.

RESNICK, J., not participating.

**91–2417.** State v. Lewis. *Cuyahoga County*, No. 59535. On motion for leave to withdraw as counsel and on motion to appoint new counsel; motion for leave granted and motion to appoint referred to court of appeals.

**92–112.** State v. Ware. *Trumbull County*, No. 90–T–4502. On motion for leave to file memorandum in support instanter. Motion granted.

**92–156.** State v. Bug Inn, Inc. *Miami County*, No. 91–CA–9. On motion to strike or dismiss. Motion to strike overruled.

HOLMES, J., dissents.

**92–190.** State, ex rel. Vindicator Printing Co., v. Watkins. *Trumbull County*, No. 91–T–4555. On motion for leave to file notice of cross-appeal instanter. Motion denied.

MOYER, C.J., and H. BROWN, J., dissent.

**92–259.** State v. Morris. *Butler County*, No. CA88–06–081. On motion for leave to file delayed appeal. Motion denied.

HOLMES, J., dissents.

**92–379.** State v. Likens. *Knox County*, No. 90–CA–36. On motion for leave to file delayed appeal. Motion granted.

On motion for leave to file memorandum in support instanter. Motion granted.

**92–387.** Coshocton v. Forbes. *Coshocton County*, Nos. 91–CA–11, 91–CA–12, 91–CA–15 and 91–CA–20. On motion for leave to file memorandum in support instanter. Motion granted.

WRIGHT, J., dissents.

**92–445.** Park Natl. Bank v. Kelley. *Knox County*, No. 91CA00031. On motion for leave to file notice of appeal instanter. Motion denied.

HOLMES and RESNICK, JJ., dissent.

**92–468.** State v. Peak. *Cuyahoga County*, No. 56867. On motion for leave to file delayed appeal. Motion denied.

HOLMES, H. BROWN and RESNICK, JJ., dissent.

**92–486.** Nelson v. Forman. *Cuyahoga County*, No. 60169. On motion for leave to amend memorandum in support. Motion granted.